# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0817.  TEON BROWN v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

Federal National Mortgage Association ("Fannie Mae") filed a dispossessory proceeding against Teon Brown in magistrate court. The magistrate court entered a writ of possession in favor of Fannie Mae, and Brown appealed to superior court. On December 13, 2013, the superior court granted Fannie Mae's motion for judgment on the pleadings, and on January 13, 2014, Brown filed a notice of appeal to this Court. We lack jurisdiction for two reasons.

First, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Brown did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this direct appeal.

Second, an appeal from a judgment in a dispossessory action must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Because Brown filed his notice of appeal 31 days after entry of the trial court's order, the appeal is untimely.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 01/13/2015

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*